**CESAR AUGUSTO PARDO-PENA**
P.O. Box 4784
Valley Village, California 91617
818-481-0487
prdcsr@yahoo.com

In Propia Persona

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **CESAR PARDO-PENA,**<br>Plaintiff,<br><br>v<br><br>**KAAS PROPERTIES LLC,**<br>**ROLAND K. TELLIS,**<br>**PINNACLE PROPERTY MANAGEMENT,**<br>**CANDICE AVILA**<br>Defendants | Case No.2:23-cv-06197 SPG(MRWx)<br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROLAND K. TELLIS; DECLARATION IN SUPPORT OF ENTRY OF DEFAULT** |

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff CESAR PARDO-PENA, requests that the Clerk enter the default as to Defendant ROLAND K. TELLIS, for failure to plead or otherwise defend against this action in a timely manner:

1. As evidenced by the proof of service on file with this Court, the above named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on October 03, 2023.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on October 25, 2023, excluding Columbus Day.

The above-named Defendant has failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Plaintiff.

DATED: October 29, 2023

Respectfully submitted,

By: _____
CESAR PARDO-PENA
In Propia Persona