# DECLARATION OF PLAINTIFF

I, Cesar Pardo-Pena, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant ROLAND K. TELLIS, was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on October 03, 2023, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant ROLAND K. TELLIS, was required to plead or otherwise respond to the complaint by October 25, 2023, excluding Columbus Day. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant ROLAND K. TELLIS, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant ROLAND K. TELLIS, is not a minor or an incompetent person.

6. Defendant ROLAND K. TELLIS, is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2023, in Sherman Oaks, California.

_____
CESAR PARDO-PEÑA
In Propia Persona